THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00170-MR

| VENICE PI, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Second Motion to Extend Time to Serve Defendants [Doc. 18].

For the reasons stated in the Plaintiff's motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Second Motion to Extend Time [Doc. 18] is **GRANTED**, and the Plaintiff shall have through and including April 4, 2018, within which to effectuate service upon the Defendants.

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge